# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NOVATION COMPANIES, INC., *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 23-11153 (JTD)<br><br>(Jointly Administered) |

## REORGANIZED DEBTORS' NOTICE OF ABANDONMENT
## OF CERTAIN ASSETS PURSUANT TO 11 U.S.C. § 554(a)

The above-captioned reorganized debtors (the "Reorganized Debtors") hereby give notice pursuant to 11 U.S.C. §§ 105(a) and 554(a) and Rules 2002 and 6007 of the Federal Rules of Bankruptcy Procedure, and in accordance with that certain *Order Authorizing the Reorganized Debtors to Abandon and Destroy Certain Paper Records* [Docket No. 188], of abandonment from the bankruptcy estate (the "Notice of Abandonment"), the Reorganized Debtors' interest in certain records stored with (i) Records Center of Kansas City, a division of Underground Vaults & Storage, Inc. ("UVS") at 8600 NE Underground Dr., Pillar 146, Kansas City, MO 64161, consisting of approximately 44,992 boxes paper records and 173 boxes of vault records, and (ii) Iron Mountain Inc. and Information Management, LLC (collectively, "Iron Mountain"), located at Iron Mountain storage facilities located in the metropolitan areas of Cleveland and Columbus, Ohio, consisting of approximately 4,975 boxes of paper records in a hardcopy account, Customer ID Z4281.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Novation Companies, Inc. (0661), Novation Holding, Inc. (7576), Healthcare Staffing, Inc. (6045), and NovaStar Mortgage LLC (0743). The mailing address for each of the Debtors is 1724 Phoenix Parkway, Building 600, College Park, GA 30349.

16484738/1

| | |
|---|---|
| Dated: January 4, 2024 | **MORRIS JAMES LLP**<br><br>*/s/ Eric J. Monzo*<br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>Jason S. Levin (DE Bar No. 6434)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>E-mail: emonzo@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br>E-mail: jlevin@morrisjames.com<br><br>and<br><br>Daniel B. Besikof, Esq. (admitted *pro hac vice*)<br>LOEB & LOEB LLP<br>345 Park Avenue<br>New York, NY 10154<br>Telephone: (212) 407-4000<br>dbesikof@loeb.com<br><br>and<br><br>Guy Macarol, Esq. (admitted *pro hac vice*)<br>LOEB & LOEB LLP<br>35 Music Square East, Suite 310<br>Nashville, TN 37203<br>Telephone: (615) 749-8300<br>gmacarol@loeb.com<br><br>*Counsel to the Reorganized Debtors* |